■ In the Matter of WIDLEY M., a Person Alleged to be a Juvenile Delinquent, Appellant. [18 NYS3d 881]—Appeal from an order of disposition of the Family Court, Kings County (Michael Ambrosio, J.), dated June 30, 2014. The order of disposition adjudicated Widley M. a juvenile delinquent and placed him in the custody of the Commissioner of Social Services of the City of New York for a period of 12 months.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

On appeal, the appellant's sole challenge is to the disposition placing him in the custody of the Commissioner of Social Services of the City of New York for a period of 12 months. Since that period of placement has expired, the appeal is academic (*see Matter of Aquan T.-G.*, 128 AD3d 1077 [2015]; *Matter of Gawen M.*, 90 AD3d 1051 [2011]; *Matter of Ricardo Z.*, 75 AD3d 606 [2010]; *Matter of Crystal B.*, 63 AD3d 1056 [2009]). Hall, J.P., Roman, Sgroi and Hinds-Radix, JJ., concur.